## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MARTHA GOSSETT,** | ) | |
| **Plaintiff,** | ) ) ) | |
| -vs- | ) ) | NO. 08-CV-528-DRH |
| **COPE PLASTICS, INC.,** | ) ) ) | |
| **Defendant.** | ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on July 27, 2009, this case is **DISMISSED** with prejudice. Each party shall bear its own costs.

**JUSTINE FLANAGAN, ACTING CLERK**


BY:     /s/*Sandy Pannier*
          **Deputy Clerk**

Dated: September 30, 2009


APPROVED: /s/  *David R. Herndon*
            CHIEF JUDGE
            U. S. DISTRICT COURT